WILLIAM DURWOOD METTS v. DOCTOR JAMES D. PIVER AND DOCTOR CHARLES T. STREETER, SR.

No. 664PA87

(Filed 3 November 1988)

ON discretionary review of an unpublished opinion of the Court of Appeals, 87 N.C. App. 509, 362 S.E. 2d 4 (1987), which affirmed in part and reversed in part an order entered by *Lewis (J. B., Jr.), J.,* on 29 July 1986 in Superior Court, ONSLOW County, granting summary judgment in favor of defendants. Heard in the Supreme Court 10 October 1988.

*Braswell & Taylor, by Shelby Duffy Albertson and Roland C. Braswell, for plaintiff.*

*Marshall, Williams, Gorham & Brawley, by Daniel Lee Brawley, Lonnie B. Williams, and Charles D. Meier, for defendants.*

PER CURIAM.

Discretionary review improvidently allowed.